1 | BESS M. BREWER, #100364
LAW OFFICE OF
2 | BESS M. BREWER & ASSOCIATES
P.O. Box 5088
3 | Sacramento, CA 95817
Telephone: (916) 509-7051
4
5 | Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LARRY CLARK** | CASE NO. 2:10-CV-02863-GGH |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION** |
| v. | |
| **MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,** | |
| **Defendant.** | |

    IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the Plaintiff's time to file his summary judgment is hereby extended from July 11, 2011, to August 25, 2011. This is Plaintiff's first extension and is required due to Plaintiff's counsel's impacted briefing schedule, and need to prioritize older cases.

////

////

////

1

1
2
3  Dated:July 11, 2011                    */s/Bess M. Brewer*
                                          BESS M. BREWER
4                                         Attorney at Law
5                                         Attorney for Plaintiff
6
7
    Dated: July 11, 2011                  Benjamin B. Wagner
8
                                          United States Attorney
9
                                          /s/ Jacob Mikow
10                                        JACOB MIKOW
                                          Special Assistant United States Attorney
11                                        Attorneys for Defendant
12
13                                         **ORDER**
14  APPROVED AND SO ORDERED.
15  DATED: July, 15, 2011
16
                                            /s/ Gregory G. Hollows
17                                         UNITED STATES MAGISTRATE JUDGE
18
19
20
21
22
23
24
25
26
27
28

2