1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4

5  Attorneys for Plaintiff

6

7

8                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 **LARRY CLARK**            )    CASE NO. 2:10-CV-02863-GGH
                              )
12                            )
                              )    **STIPULATION AND PROPOSED**
13                            )    **ORDER EXTENDING PLAINTIFF'S**
      **Plaintiff,**          )    **TIME TO FILE SUMMARY**
14                            )    **JUDGEMENT MOTION**
   v.                         )
15                            )
   **MICHAEL J. ASTRUE**      )
16 **Commissioner of Social Security** )
   **of the United States of America,** )
17                            )
      **Defendant.**          )
18                            )
                              )
19 ─────────────────────────────

20     IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the

21 Plaintiff's time to file his summary judgment is hereby extended from August 25, 2011, to September

22 27, 2011.  This extension is required due to Plaintiff's counsel's scheduled vacation and impacted

23 briefing schedule.

24

25 / / / /

26 / / / /

27 / / / /

28

1

| | |
|---|---|
| Dated: August 25, 2011 | */s/Bess M. Brewer*<br>BESS M. BREWER<br>Attorney at Law |
| | Attorney for Plaintiff |
| Dated: August 26, 2011 | Benjamin B. Wagner<br>United States Attorney |
| | /s/ Jacob Mikow<br>JACOB MIKOW<br>Special Assistant United States Attorney<br>Attorneys for Defendant |

**ORDER**

No further extensions will be granted.

APPROVED AND SO ORDERED.

DATED: September 1, 2011     /s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE