1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4

5  Attorneys for Plaintiff

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 **LARRY CLARK**                )   CASE NO. 2:10-CV-02863-GGH
                                  )
12                                )
                                  )   **STIPULATION AND ~~PROPOSED~~**
13                                )   **ORDER EXTENDING PLAINTIFF'S**
        **Plaintiff,**            )   **TIME TO FILE SUMMARY**
14                                )   **JUDGEMENT MOTION AND**
   v.                             )   **DECLARATION OF COUNSEL**
15                                )
   **MICHAEL J. ASTRUE**          )
16 **Commissioner of Social Security** )
   **of the United States of America,** )
17                                )
        **Defendant.**             )
18                                )
                                  )
19 _____)

20      IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the

21 Plaintiff's time to file his summary judgment is hereby extended from September 27, 2011, to October

22 6, 2011.  This short additional extension is required due to Plaintiff's counsel's impacted briefing

23 schedule.  Counsel has another brief today which takes priority, as well as five additional briefs which

24 must be filed between September 27, 2011, and October 5, 2011.  *See,* Declaration of Counsel.

25 / / / /

26 / / / /

27 / / / /

28

                                        1

Dated: September 27, 2011     /s/Bess M. Brewer
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff


Dated: September 27, 2011     Benjamin B. Wagner

United States Attorney

/s/ Jacob Mikow
JACOB MIKOW

Special Assistant United States Attorney
Attorneys for Defendant

## DECLARATION OF BESS M. BREWER

I, Bess M. Brewer, Declare:

1. I am an attorney licensed to practice law in California and am admitted to practice before this Court. I represent the plaintiff in the above referenced case and submit this declaration in support of his request for more time to file his summary judgment motion.

2. Plaintiff's motion for summary judgment is currently due today, September 27, 2011. However, I have another brief due today in *Swortfiguer v. Astrue*, CIV-10-1835 GSA which must be filed as well as five other briefs that must be filed between September 28, 2011, and October 6, 2011. Consequently, I can't realistically file Mr. Clark's brief before October 6, 2011, and do not want to promise a date I can't deliver.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed on September 27, 2011, in Sacramento, California.

                                       /s/ Bess M. Brewer
                                       BESS M. BREWER

2

1 | As this is plaintiff's third request, there shall be no further extensions.

**ORDER**

APPROVED AND SO ORDERED.

DATED: September 28, 2011

          /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076/Clark extension to October 6.wpd