IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY CLARK,

      Plaintiff,                                         CIV S-10-2863  GGH

     vs.

MICHAEL J. ASTRUE,                            ORDER
Commissioner of Social Security,

      Defendant.
_____/

        Plaintiff's counsel in this case has received three extensions of time in which to file a summary judgment motion, the last one granting until October 6, 2011 to file briefing. Plaintiff still has not filed a brief.

        Accordingly, IT IS HEREBY ORDERED that: Plaintiff shall file a summary judgment motion within 14 days of this order.  Failure to file the motion will result in dismissal of this action.  There will be no extensions granted.

Dated: October 18, 2011

                                            /s/ Gregory G. Hollows
                                       UNITED STATES MAGISTRATE JUDGE

clark2863.brf

1