BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
JACOB M. MIKOW, CA SBN 238045
Special Assistant United States Attorney

    Social Security Administration
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8976
    Facsimile: (415) 744-0134
    Email: jacob.mikow@ssa.gov

Attorneys for Defendant
Commissioner of Social Security

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LARRY CLARK,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:10-CV-02863-GGH<br><br>STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S OPENING BRIEF |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 30 days to respond to Plaintiff's motion for summary judgment, due to workload demands of Defendant's counsel, time that Defendant's counsel will be on leave from the office, and the number and complexity of issues in Plaintiff's opening brief. The current due date is November 17, 2011. The new due date will be December 19, 2011.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

DATE: November 9, 2011							Bess M. Brewer and Associates
									Bess M. Brewer

					By:	/s/ *Bess M. Brewer*\*
						(* As authorized via email dated November 9, 2011)
						BESS M. BREWER

						Attorney for Plaintiff

DATE: November 9, 2011							BENJAMIN B. WAGNER
									United States Attorney
									LUCILLE GONZALES MEIS
									Regional Chief Counsel, Region IX
									Social Security Administration

					By	/s/ *Jacob M. Mikow*
						JACOB M. MIKOW
						Special Assistant U.S. Attorney

						Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

DATED: November 14, 2011

					  /s/ Gregory G. Hollows
					UNITED STATES MAGISTRATE JUDGE