BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
JACOB M. MIKOW, CA SBN 238045
Special Assistant United States Attorney

    Social Security Administration
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8976
    Facsimile: (415) 744-0134
    Email: jacob.mikow@ssa.gov

Attorneys for Defendant
Commissioner of Social Security

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LARRY CLARK, | ) |
|     Plaintiff, | ) Case No. 2:10-CV-02863-GGH |
|     v. | ) STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S OPENING BRIEF |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
|     Defendant. | ) |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 30 days to respond to Plaintiff's motion for summary judgment, due to workload demands of Defendant's counsel, time that Defendant's counsel will be on leave from the office, and the number and complexity of issues in Plaintiff's opening brief. The current due date is November 17, 2011. The new due date will be December 19, 2011.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

DATE: November 9, 2011          Bess M. Brewer and Associates
                                Bess M. Brewer

                          By:   /s/ *Bess M. Brewer**
                                (* As authorized via email dated November 9, 2011)
                                BESS M. BREWER

                                Attorney for Plaintiff

DATE: November 9, 2011          BENJAMIN B. WAGNER
                                United States Attorney
                                LUCILLE GONZALES MEIS
                                Regional Chief Counsel, Region IX
                                Social Security Administration

                          By    /s/ Jacob M. Mikow
                                JACOB M. MIKOW
                                Special Assistant U.S. Attorney

                                Attorneys for Defendant


**ORDER**

APPROVED AND SO ORDERED.

DATED: November 14, 2011

                                 /s/ Gregory G. Hollows
                                UNITED STATES MAGISTRATE JUDGE

2