BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
JACOB M. MIKOW, CA SBN 238045
Special Assistant United States Attorney

    Social Security Administration
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8976
    Facsimile: (415) 744-0134
    Email: jacob.mikow@ssa.gov

Attorneys for Defendant
Commissioner of Social Security

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LARRY CLARK, | Case No. 2:10-CV-02863-GGH |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S OPENING BRIEF |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a SECOND extension of time of 30 days to respond to Plaintiff's motion for summary judgment, due to workload demands of Defendant's counsel, time that Defendant's counsel will be on leave from the office, and the number and complexity of issues in Plaintiff's opening brief. The current due date is December 19, 2011. The new due date will be January 18, 2012.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Defendant apologizes to the Court for not filing this stipulation and proposed order sooner.

                                                Respectfully submitted,

DATE: December 19, 2011                Bess M. Brewer and Associates
Bess M. Brewer

By:    /s/ *Bess M. Brewer*\*
(\* As authorized via email dated December 19, 2011)
BESS M. BREWER

Attorney for Plaintiff

DATE: December 19, 2011                BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

By    /s/ *Jacob M. Mikow*
JACOB M. MIKOW
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

No further extensions.

APPROVED AND SO ORDERED.

DATED: December 22, 2011

                                             /s/ Gregory G. Hollows
                                        UNITED STATES MAGISTRATE JUDGE